**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-2283**

In re: KENNETH ROSHAUN REID,

      Petitioner.

On Petition for a Writ of Mandamus.  (0:04-cr-00353-CMC-1)

Submitted:  February 23, 2021           Decided:  February 25, 2021

Before MOTZ, KEENAN, and HARRIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Kenneth Roshaun Reid, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Roshaun Reid has filed a petition for a writ of mandamus and two supplements, seeking an order from this court directing the district court to execute the mandate of this court's prior judgment, transmitting that judgment to the district court, ordering that he be released from prison, and ordering that he be transferred to South Carolina state custody. We conclude that Reid is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Mandamus relief is available only when the petitioner has a clear right to the relief sought. *Murphy-Brown*, 907 F.3d at 795. Mandamus may not be used as a substitute for appeal. *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007).

The relief sought by Reid is not available by way of mandamus. Accordingly, we deny the petition for a writ of mandamus as supplemented. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*